# Third District Court of Appeal
## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1399
Lower Tribunal No. F16-4003
_____


**Lance Deshawn Moore,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

The Law Office of Robert David Malove, P.A., and Robert David Malove (Fort Lauderdale), for appellant.

Ashley Moody, Attorney General, and Asad Ali, Assistant Attorney General, for appellee.


Before EMAS, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.